**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:                                                    Chapter 11

     JUAN ALFARO DESIGN, INC.,              Case No. 19-42177-cec

                      Debtor.
-----------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Bankruptcy Rule 1073-3, the Debtor, Juan Alfaro Design, Inc., makes the following statement:

There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: April 11, 2019
      Brooklyn, New York                    /s/ *Joseph Y Balisok*
                                                            Joseph Y. Balisok
                                                              Balisok & Kaufman, PLLC
                                                              Attorney for the Debtor
                                                               251 Troy Avenue
                                                               Brooklyn, NY 11213
                                                               Telephone: (718) 928-9607
                                                               Facsimile: (718) 534-9747
                                                               joseph@lawbalisok.com