UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re
                                          :        Chapter 11
JUAN ALFARO DESIGN, INC.      :        Case No. 19-42177 (CEC)
                                          :
                                          :
                    Debtor.      :
---------------------------------------------------------x

## ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO BE REPRESENTED BY COUNSEL

       WHEREAS, on April 10, 2019, Juan Alfaro Design, Inc. (the "Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code; and

       WHEREAS, the Debtor appeared by counsel, Joseph Y. Balisok, Esq. of Balisok & Kaufman PLLC ("Balisok"); and

       WHEREAS, on May 13, 2019, the Debtor filed an application to retain Balisok as its bankruptcy counsel pursuant to 11 U.S.C. § 327 (the "Balisok Retention Application"); and

       WHEREAS, on June 5, 2019, the United States Trustee filed an objection to the Balisok Retention Application; and

       WHEREAS, on June 5, 2019, the Balisok & Kaufman Retention Application was withdrawn; and

       WHEREAS, on June 6, 2019, Adam Silverstein, Esq. of Silverstein & Saperstein, as "proposed special litigation counsel," filed a motion on behalf of the Debtor seeking a temporary restraining order and injunction (the "Motion for TRO"), and seeking an expedited hearing; and

       WHEREAS, on June 7, 2019, the Court issued an order scheduling a hearing on the Motion for TRO for June 12, 2019, and directing that on or before June 12, 2019, the Debtor shall file an application to retain counsel in this chapter 11 bankruptcy case and any application to retain special litigation counsel; and

       WHEREAS, on June 7, 2019, the Motion for TRO was withdrawn; and

       WHEREAS, on June 12, 2019, the Debtor filed an application to retain Silverstein & Saperstein as special counsel "to marshal, retrieve and retain the property of the estate such that [the Debtor] may accomplish the reorganization plan;" and

WHEREAS, the Debtor did not file an application to retain counsel to represent it in this bankruptcy case; and

WHEREAS, a corporation may not "appear in federal court otherwise than through a licensed attorney," Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007) (citing Rowland v. Cal. Men's Colony, Unit II Men's Advisory Coun., 506 U.S. 194, 202 (1993));

NOW, THEREFORE, it is

ORDERED, that the Debtor appear on June 19, 2019 at 3:00 p.m in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, NY 11201 and show cause why this case should not be dismissed for failure to be represented by counsel in this bankruptcy case.



**Dated: Brooklyn, New York**
**June 13, 2019**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**