KIRBY AISNER & CURLEY LLP
*Attorneys for Creditors Steve Hasenfeld and*
*Apple and Honey LLC dba HMH Iron Design*
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500
Erica R. Aisner, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

JUAN ALFARO DESIGN, INC.,            Chapter 11
                                           Case No. 19-42177 (CEC)
                           Debtor.
-----------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

     I, Bryn A. Leonardo, do hereby affirm under penalty of perjury, that I am not a party to the action, and I am over 18 years of age, and I am an employee of the law firm of Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583

     On the 28th day of June 2019, Deponent served a copy of the *Notice of Appearance and Request for Service of Documents,* upon the parties listed on the annexed Service List, by depositing a true and correct copy of same, enclosed in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York by first class mail. Additionally, all parties receiving ECF/CM Notifications received same.

                                                                 */s/ Bryn A. Leonardo*
                                                                  Bryn A. Leonardo

# SERVICE LIST

Joseph Y. Balisok
Balisok & Kaufman PLLC
251 Troy Avenue
Brooklyn, NY 11213

Adam Silverstein
15 Maiden Lane, Suite 1008
New York, New York 10038

Office of the United States Trustee
Eastern District of New York
US Federal Building
201 Varick Street, Suite 1006
New York, New York 10014


Charles A Gruen
381 Broadway, Suite 300
Westwood, NJ 07675