**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
**In re**

                                               **Chapter 11**

**JUAN ALFARO DESIGN, INC.**         **Case No. 19-42177 (CEC)**

           **Debtor.**
----------------------------------------------------------x

**ORDER GRANTING MOTION OF 150 SULLIVAN STREET REALTY TO COMPEL PAYMENT OF ACCRUED POST PETITION RENT PURSUANT TO 11 U.S.C. § 365(d)(3)** *AND CONDITIONALLY GRANTING RELIEF FROM AUTOMATIC STAY (CEC)*

Upon consideration of the Motion of 150 Sullivan Street Realty to Compel Payment of Accrued Post Petition Rent, Pursuant To 11 U.S.C. § 365(d)(3), Or In The Alternative For An Order Deeming Its Lease Rejected And Modifying The Automatic Stay To Allow Movant Landlord To Pursue State Court Remedies, ***Juan Alfaro Design, Inc. (the "***Debtor***") (CEC)*** and parties in interests' response thereto, and after the Court considering the presentation of the parties at a hearing held to consider the matters raised in the motion, and the Court finding that the factual and legal basis for the relief requested in the motion exists, and sufficient notice and a reasonable opportunity to object or be heard with respect to the Motion has been provided and that no other or further notice is or shall be required; therefore,

      IT IS HEREBY ORDERED THAT:

      (1) the Motion of 150 Sullivan Street Realty to Compel Payment of Accrued Post Petition Rent, pursuant to 11 U.S.C. § 365(d)(3) is granted ***to the extent provided herein (CEC)***; and

(2) *within 30 days from the date of this order,* the Debtor is hereby ordered to ~~immediately~~ pay 150 Sullivan Street Realty the amount of any unpaid rent, interest, late charges, taxes, attorneys fees and any and all other charges owing under the Lease that became due on or after the date Debtor filed for protection under the Bankruptcy Code *and remain current on all obligations under the Lease; (CEC)*

(3) *If the Debtor fails to comply with the terms of this order, 150 Sullivan Street Realty may settle an affidavit of noncompliance and a proposed order lifting the automatic stay pursuant to 11 U.S.C. § 362(d) on one week's notice to the Debtor and the Debtor's counsel. (CEC)*



**Dated: Brooklyn, New York**
**July 11, 2019**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**