UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:                                             Chapter 11

JUAN ALFARO DESIGN, INC,                           Case No. 19-42177-cec

Debtor.

ORDER AUTHORIZING AND APPROVING RETENTION OF SILVERSTEIN &
SAPERSTEIN AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION NUNC
PRO TUNC AS OF JUNE 1, 2019

UPON the application, dated June 12, 2019 (the "Application"), of the above captioned debtor and debtor-in-possession (the "Debtor"), seeking to retain Silverstein & Saperstein as special counsel to the Debtor pursuant to §327(e) of title 11 of the United States Code, 11 U.S.C. §§101, et seq. (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and upon the Affidavit of Adam Silverstein, Esq. sworn to on June 12, 2019 (the "Silverstein Affidavit") and Amended Affidavit of Adam Silverstein, Esq. dated July 16, 2019 (the "Amended Silverstein Affidavit"); and the Court having found that Silverstein & Saperstein neither holds nor represents an interest adverse to the Debtor or its estate, is disinterested within the meaning of §101(14) of the Bankruptcy Code, and that its employment is necessary and would be in the best interest of the estate, it is hereby

ORDERED that the Application is granted as set forth herein; and it is further

ORDERED that, pursuant to §327(e) of the Bankruptcy Code, the Debtor is authorized to retain Silverstein & Saperstein as special counsel in this case, *nunc pro tunc* to June 1, 2019, to assist the Debtor in retrieving estate property, including tools, equipment and material of the Debtor; and it is further

ORDERED that pursuant to section §327(e), Silverstein & Saperstein shall seek compensation for legal services and reimbursement of expenses upon an application to the Court, and upon notice and a hearing pursuant to §330 and 331 of the Bankruptcy Code, and Bankruptcy Rule 2014 and 14 E.D.N.Y.L.B.R.2014-1 and the Guidelines of the Office of the United States Trustee; and it is further

ORDERED that prior to any increases in Silverstein & Saperstein rates, Silverstein & Saperstein shall file a supplemental affidavit with the Court and provide ten (10) business days' notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with §330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in §330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that if there is any inconsistency between the terms of this Order, the Application, and the Silverstein Affidavit and Amended Silverstein Affidavit, the terms of this Order shall govern; and it is further

ORDERED, that Silverstein & Saperstein shall use its best efforts to avoid any duplication of services provided by any of the Debtor' other retained professionals in this chapter 11 case.

**NO OBJECTION:**
WILLIAM K. HARRINGTON
OFFICE OF THE UNITED STATES TRUSTEE, Region 2

By: <u>/s/Rachel Wolf</u>
      Rachel Wolf
      Trial Attorney

Dated: New York, New York
       July 22, 2019



**Dated: Brooklyn, New York**
**August 27, 2019**

    **Carla E. Craig**
**United States Bankruptcy Judge**